THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH M. ALLEN,

        Plaintiff,

    v.

MARK MILLER, *et al.*,

        Defendants.

CASE NO. C17-1625-JCC

ORDER

This matter comes before the Court on Plaintiff's amended complaint (Dkt. No. 7) and the Report and Recommendation (Dkt. No. 8) of the Honorable Mary Alice Theiler, United States Magistrate Judge, for which no objections have been filed. Having thoroughly considered the relevant record, the Court ORDERS as follows:

(1)     The Report and Recommendation (Dkt. No. 9) is APPROVED and ADOPTED;

(2)     Plaintiff's amended complaint (Dkt. No. 7) and this action are DISMISSED, without prejudice, as to Defendants Pete Maxson, Louise Stemler, Scott Haukins, Correctional Officer Wray, and Sherry Pendergrass for failure to adequately allege a claim upon which relief may be granted in this civil rights action. *See* 28 U.S.C. § 1915(e)(2)(B)(ii);

(3)     Judge Theiler is INSTRUCTED to issue a service order directing service of Plaintiff's amended complaint on defendant Mark Miller; and

(4) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

DATED this 7th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1625-JCC
PAGE - 2